AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission <br><br> *Plaintiff(s)* <br> v. <br> Lufkin Advisors, LLC  and <br> Chauncey Forbush Lufkin III, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  9:23-cv-81289-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lufkin Advisors LLC
2640 Lak Shore Drive, Apt 2407
Riviera Beach, FL 33404

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Marc J. Jones
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th FLoor
Boston, MA 02110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

s/ N. Cubic
Deputy Clerk
U.S. District Courts

Date: Sep 19, 2023

## Return of Service

**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

Securities and Exchange Commission
   Plaintiff

Case Number: 9:23-cv-81289

vs.

Lufkin Advisors, LLC; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Lufkin Advisors, LLC, Registered Agent: Chauncey Forbush Lufkin, III, at 2640 Lake Shore Dr, Apt 2407, Riviera Beach, FL 33404.

I, Mike Meyer, being duly sworn, depose and say that on September 20, 2023 at or about 5:25 PM I served Summons & Complaint; Civil Cover Sheet; Securities and Exchange Commission's Expedited Motion for Preliminary Injunction and Other Relief; Securities and Exchange Commission's Memorandum of Law in Support of Expedited Motion for Preliminary Injunction and Other Relief; [proposed] Order Granting Securities and Exchange Commission's Memorandum of Law in Support of Expedited Motion for Preliminary Injunction and Other Relief; Securities and Exchange Commission's Appendix of Exhibits to Memorandum in Support of Expedited Motion for Preliminary Injunction and Other Relief with Exhibits A-K personally to Chauncey Forbush Lufkin, III as President of Lufkin Advisors, LLC. Service occurred at 2640 Lake Shore Dr Apt 2407 Riviera Beach, FL 33404.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

/s/     09/21/2023
Mike Meyer     Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2023-114527
Reference: 24-BRO-001