UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-cv-81289-RLR

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
 v.

LUFKIN ADVISORS, LLC AND
CHAUNCEY FORBUSH LUFKIN III,

    Defendants.
_____/

**DEFENDANTS LUFKIN ADVISORS, LLC AND CHAUNCEY FORBUSH LUFKIN III INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Defendants, Lufkin Advisors, LLC ("Lufkin Advisors") and Chauncey Forbush Lufkin III ("Lufkin" and collectively the "Defendants"), through their counsel Drohan Lee LLP, hereby provide the following Initial Disclosures. This disclosure is based on information available to Defendants at this time. The Defendants reserve the right to supplement these initial disclosures and/or responses as allowed by Fed. R. Civ. P. 26(e) to the extent that additional discoverable information that the Defendants and Relief Defendants may use to support their defenses comes within their possession, custody, or control in the future.

**GENERAL OBJECTIONS**

In making these Initial Disclosures, Defendants do not waive their right to object: (a) to the production of any document or tangible thing being disclosed hereon on the basis of privilege, work product immunity, relevancy, competency, materially, hearsay, undue burden or any other proper objection; (b) to the use of any such information, for any purpose, in whole or in part, in

1

this or any other action; or (c) on any and all grounds to any discovery request or proceeding relating to the subject matter of this disclosure in this or any other action.

> **(i)   The Name and Address of Each Individual Likely to Have Discoverable Information, along with the subjects of that information that the disclosing party may use to support its claims or defenses unless the use would be solely for impeachment.**

Based on information reasonably available to them at this time, Defendant identifies the following individuals who are likely to have discoverable information that they may use to support their claims, unless solely for impeachment. Anyone named in Defendants' and /or Plaintiffs' initial disclosures may also have discoverable information that Defendants may use to support their allegations in this action.

> Chauncey Lufkin
> Sandra Familet
> Michael Chen
> Danny Paulino
> Kirk Wallace

Defendants reserve the right to supplement and amend this disclosure to provide the names and addresses of additional persons with knowledge based upon discovery exchanged in this matter and/or their further investigation.

> **(ii) A copy of Description by Category and Location of all Documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Subject to and without waiving the right to supplement and/or amend this disclosure based on their continuing investigation and discovery, the documents in Defendants' possession custody or control which they may use to support their allegations consist of the following:

Books and records relating to the operation of Lufkin Advisors maintained by Lufkin at their location of business;

Records of Investments activity of Lufkin Advisors on behalf of third parties maintained by Lufkin at their location of business with electronic copies maintained by CWS, CPA at their location of business.

Financial records regarding the Funds and maintained by Lufkin Advisors at their location of business and with electronic copies maintained by CWS, CPA at their location of business.

Relevant documents to this action were obtained and are in the possession of the Securities and Exchange Commission;

### (iii) Computation of Damages

Defendants reserve the right to supplement this response. Defendants contend, however, that liability does not exist and therefore no disgorgement or penalties exist. In addition, Defendants reserve the right to seek attorneys' fees.

### (iv) Applicable Insurance Agreements.

Not applicable.

Respectfully Submitted this 29th day of December 2023.

                                          Respectfully submitted,

*/s/ Vivian Rivera Drohan*
Vivian Rivera Drohan, Esq.
Drohan Lee LLP
5 Penn Plaza
New York, New York 10001
Telephone: (212) 710-0004
Fax: (212) 710-0003
E-Mail: vdrohan@dlkny.com

*/s/ Blaine H. Hibberd*
Blaine H. Hibberd, Esq.
FBN: 55174
Blaine H. Hibberd, P.A.
612 SE Central Parkway
Stuart, FL 34994
Telephone: (772) 600-7646
Fax: (772) 600-7645
E-Mail: blaine@hiblaw.com

*Attorneys for Defendants Lufkin Advisors, LLC and Chauncey Forbush Lufkin, III*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, I electronically filed the foregoing Initial Disclosures with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

>  */s/ Blaine H. Hibberd*
>  Blaine H. Hibberd

SERVICE LIST
SECURITIES AND EXCHANGE COMMISSION v. LUFKIN ADVISORS, LLC AND
CHAUNCEY FORBUSH LUFKIN III
CASE NO.: 23-CV-81289-RLR
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Vivian R. Drohan, Esq.
Drohan Lee LLP
5 Pennsylvania Plaza
New York, NY 10001
(212) 710-0000
vdrohan@dlkny.com


Marc J. Jones, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
617-573-8947
jonesmarc@sec.gov


Alexandra B. Lavin, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
lavinal@sec.gov


Michele T. Perillo, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
perillom@sec.gov


Andrew R. Walsh, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor,
Boston, MA 02110
walshan@sec.gov