UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Securities and Exchange Commission,

    Plaintiff,

v.                                        **Case No. 9:23-cv-81289-RLR**

Lufkin Advisors, LLC, et al.,

    Defendants.
_____/

# MEDIATOR'S REPORT

On January 24, 2024, the undersigned mediated the above matter with the parties and their counsel. No agreement was reached at the mediation. As a result, an impasse was declared.

Dated: January 24, 2024                          Respectfully submitted,

                                                       /s/ Harry R. Schafer
                                                       Harry R. Schafer
                                                       Florida Bar No. 508667
                                                       Email: harryrschafer@gmail.com
                                                       ESQUIBEL COMMUNICATIONS CO.
                                                       2775 NW 49th Ave.
                                                       Unit 205 # 413
                                                       Ocala, FL 34482
                                                       Telephone: (305) 439-4285
                                                       Website: www.eccadr.com

                                                       ***Mediator***

## **CERTIFICATE OF SERVICE**

 **I hereby certify** that on the 24th day of January, 2024, I furnished this Mediator's Report to counsel for their electronic filing of the foregoing with the Clerk of the Court.

            /s/ Harry R. Schafer
            Harry R. Schafer