**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Judge Robin L. Rosenberg**

Civil Action No. 9:23-cv-81289

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

v.

LUFKIN ADVISORS, LLC and
CHAUNCEY FORBUSH LUFKIN III,

                        Defendants.

---

**UNOPPOSED MOTION FOR
PARTIAL RELIEF FROM THE ASSET FREEZE
AND OTHER RELIEF AND SUPPLEMENTAL DECLARATION AND
INCORPORATED MEMORANDUM OF LAW**

---

Vivian Rivera-Drohan
Drohan Lee LLP
5 Penn Plaza
New York, NY 10001
Telephone: 212-710-0000
E-Mail: vdrohan@dlkny.com

Attorneys for Defendants Lufkin Advisors, LLC and Chauncey Forbush Lufkin III.

1

## PRELIMINARY STATEMENT

Defendants, Lufkin Advisors, LLC and Chauncey Forbush Lufkin III (collectively "Defendants"), by and through undersigned counsel, Drohan Lee LLP, respectfully moves this Court for partial relief from the asset freeze imposed pursuant to the Court's Order granting a preliminary injunction. We hereby move the Court: (1) to release all frozen assets managed by Defendant Lufkin Advisors, LLC ("Lufkin LLC") with the exception of 3.2 million, which includes amounts originating with and redeemable to third party non-family office investors (approximately $2.1 million, for purposes hereof the "Redeemable Assets; (2) to permit the monies to be held in a special escrow account maintained by Drohan Lee LLP; and (3) order other relief that this Court deems appropriate under the circumstances.

On September 19, 2023, the SEC filed a Complaint alleging, *inter alia*, that Defendants have failed to comply with the statutes and rules applicable to registered investment advisors and are engaged in an ongoing "fraud" with respect to the private funds they manage and the investors in those funds. Ex. A (Compl.) ¶ 1. At the same time, Plaintiff filed an Expedited Motion for Preliminary Injunction ("Expedited Motion") which included an asset freeze over all assets under management by Lufkin LLC. Ex. B (Mot. for Preliminary Inj. and Other Relief) p .1; Ex. C (Pl.'s Mem. of Law) p. 1. Following Defendant's appearance in the action, Plaintiff renewed its Expedited Motion on September 22, 2023, which this Court granted on September 27, 2023. [ECF No. 9].

1. Over the past several years, and during the time relevant to this action, Defendant Chauncey Forbush Lufkin III ("Mr. Lufkin") has operated Lufkin LLC.

2. Currently, the assets managed by Lufkin Advisors LLC, with the exception of the Redeemable Assets, belong primarily to Mr. Lufkin himself, either for his direct account or for his family charitable trust. (Lufkin Dec. ¶4).

3. Currently, there is over 20 million in assets. Redeemable Assets constitute $2.1 million which belongs to two former officers of Lufkin Advisors LLC: Kirk Wallace, Lufkin's Chief Compliance Officer and his wife Marianne Chrencik. Wallace and Chrencik left the company in or around 2018. *Id*.

4. The SEC has consented to this Motion, which requests an Order from this Court ordering $3.2 million to be held in escrow and the remainder to be unfrozen. This will allow for stabilization of the amounts currently being held frozen and permit capital calls to be satisfied.

5. If this motion is granted, the amount of 3.2 milion will remain frozen more than enough to redeem Wallace and Chrencik's investment and to compensate them for any fees or expenses which the SEC, under its own theories, alleges they may have wrongfully paid.

6. The amount of 3.2 million will be placed in a special escrow account entitled Lufkin Advisors, LLC Special Escrow Account to be maintained by Drohan Lee LLP. The amount will be held at Capital One Bank. The account number will be provided to the SEC so that the account will be easily identifiable. The Special Escrow account will remain in effect until such time as one of the parties moves in the Court to release the funds and the Court orders its release.

## CONCLUSION

Wherefore, for the reasons set forth above, Defendants respectfully request that, **by April 4, 2024**, the Court grant this motion permitting (1) the release of all assets managed by Defendant Lufkin Advisors, LLC with the exception of approximately $3.2 million; (2) the creation of a

Special Escrow Account; and (3) order such other and further relief that this Court deems appropriate under these circumstances.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties. The SEC has consented to this motion.

Dated this 14th day of March, 2024.

Respectfully submitted,

/s/ Vivian Rivera Drohan
Vivian Rivera Drohan, Esq.
Drohan Lee LLP
5 Penn Plaza
New York, New York 10001
Telephone: (212) 710-0004
Fax: (212) 710-0003
E-Mail: vdrohan@dlkny.com

/s/ Blaine H. Hibberd
Blaine H. Hibberd, Esq.
FBN: 55174
The Law Office of Blaine H. Hibberd, P.A.
612 SE Central Parkway
Stuart, FL 34994
Telephone: (772) 600-7646
Fax: (772) 600-7645
E-Mail: blaine@hiblaw.com

Attorneys for Defendants Lufkin Advisors, LLC and Chauncey Forbush Lufkin, III

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2024, I electronically filed the foregoing UNOPPOSED MOTION FOR PARTIAL RELIEF FROM THE ASSET FREEZE with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

                                          */s/ Blaine Hibberd*
                                          Blaine H. Hibberd

SERVICE LIST
SECURITIES AND EXCHANGE COMMISSION v. LUFKIN ADVISORS, LLC AND
CHAUNCEY FORBUSH LUFKIN III
CASE NO.: 23-CV-81289-RLR
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

Vivian R. Drohan, Esq.
Drohan Lee LLP
5 Pennsylvania Plaza
New York, NY 10001
(212) 710-0000
vdrohan@dlkny.com

Marc J. Jones, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
617-573-8947
jonesmarc@sec.gov

Alexandra B. Lavin, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
lavinal@sec.gov

Michele T. Perillo, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
perillom@sec.gov

Andrew R. Walsh, Esq.
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor,
Boston, MA 02110
walshan@sec.gov