**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-CV-81289-ROSENBERG/REINHART**

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

v.

LUFKIN ADVISORS, LLC and
CHAUNCEY FORBUSH LUFKIN, III,

                    Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR**
**PARTIAL RELIEF FROM THE ASSET FREEZE AND OTHER RELIEF**

**THIS CAUSE** comes before the Court upon Defendants' Unopposed Motion for Partial Relief from the Asset Freeze and Other Relief at docket entry 31. The Court has reviewed the Motion, the Memorandum of Law, and the record and is otherwise fully advised in the premises. Therefore, it is **ORDERED and ADJUDGED** that the preliminary injunction in the Court's Order at docket entry 9 is modified to permit the following:

1. The release of all assets currently frozen with the exception of $3.2 million;

2. The establishment of a Special Escrow Account entitled Lufkin Advisors, LLC Special Escrow Account to be maintained by Drohan Lee LLP at Capital One Bank;

3. The transfer of $3.2 million into the Special Escrow Account at Capital One Bank by the financial institutions currently holding the assets sought to be transferred; and

4. The provision of documentation by Defendants to the SEC demonstrating the establishment of the account and the transfer and holding of the funds.

Furthermore, it is **ORDERED** the Special Escrow Account shall remain in effect until such time as the Court orders its release.

2

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 19th day of March, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.