UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 9:23-cv-81289-RLR

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

LUFKIN ADVISORS, LLC and
CHAUNCEY FORBUSH LUFKIN, III,

Defendants.

## JOINT MOTION TO STAY DISCOVERY

Plaintiff and Defendants jointly move to stay all current discovery and all deadlines for 60 days. Defendants have made a settlement offer currently under consideration by the Commission. If the Commission approves the settlement offer, the parties will file Consents and consented-to proposed Final Judgments for both Defendants. If the Court were to approve those Final Judgments, it would resolve and close the case. To keep the Court apprised of the status of the case, the parties request the Court also order the parties to file either the Consents and Final Judgments, or a Joint Status Report detailing the status of the settlement offer and proposing new deadlines, within 60 days of the Court's Order. A proposed Order is attached.

Dated: April 24, 2024

Respectfully submitted,

By:   */s/ Marc Jones*
      Marc J. Jones
      Senior Trial Counsel
      S. D. Fla. Special Bar No. A5503098
      Direct Dial: (617) 573-8947
      Email: jonesmarc@sec.gov

          Alexandra B. Lavin
          Counsel
          S.D. Fla. Special Bar No. A5503099
          Direct Dial: (617) 573-8951
          Email: lavinal@sec.gov

          Michele T. Perillo
          Assistant Director
          S.D. Fla. Special Bar No. A5503100
          Direct Dial: (617) 573-5916
          Email: perillom@sec.gov

          **ATTORNEYS FOR PLAINTIFF**
          **SECURITIES AND EXCHANGE COMMISSION**
          33 Arch St., 24th Floor
          Boston, MA 02110
          Telephone: (617) 573-8900

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served via email (as agreed-to by the parties) on this 24th day of April, 2024:

          */s/ Marc Jones*
          Marc J. Jones