UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81289-ROSENBERG

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

LUFKIN ADVISORS, LLC, et al.,

       Defendants.
_____/

## ORDER STAYING CASE AND DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES

**THIS CAUSE** comes before the Court upon the Joint Motion to Stay at docket entry 33. The Court has reviewed the Motion and is otherwise fully advised in the premises. Therefore, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED** for sixty (60) days until July 2, 2024.

2. The parties are **ORDERED** to file within sixty (60) days either the Consents and Final Judgments or a Joint Status Report detailing the status of the settlement offer and proposing new deadlines.

3. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**; this closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 3rd day of May, 2024.

                                                          ROBIN L. ROSENBERG
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record